# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THIERET FAMILY, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21CV36 SNLJ |
| | ) | |
| JUSTIN A. BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum and Order entered today, and pursuant to 28 U.S.C. § 1404(a), this matter is hereby transferred to the United States District Court for the Northern District of Texas in the Dallas Division.

Dated this 3rd day of August, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE